**Willis Floyd WILEY, Plaintiff–Appellant**

v.

**William STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Defendant–Appellee.**

No. 15–20145
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 24, 2016.

Willis Floyd Wiley, Houston, TX, pro se.

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Willis Floyd Wiley filed a civil right complaint under 42 U.S.C

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

§ 1983 asserting that he was held in prison beyond his release date. The district court dismissed Wiley's claim as barred under *Heck v. Humphrey*, 512 U.S. 477, 487, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), because Wiley had not shown that his extended custody was invalid. The district court cited *Randell v. Johnson*, 227 F.3d 300, 301 (5th Cir.2000), for the proposition that the *Heck* dismissal was appropriate notwithstanding that Wiley was no longer in custody. On appeal, Wiley has failed to show that this was error.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.